IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BETTY HERRICK,

Plaintiff,

v.

MERCK & CO. INC.,

Defendant.                                                          No. 05-CV-0508-DRH

### ORDER

HERNDON, District Judge:

  Pending before the Court is Merck's July 21, 2005 motion to stay all proceedings.  (Doc. 4.)  Specifically, Merck moves the Court to stay this action pending transfer to *In re Vioxx Products Liab. Litig.*, **(MDL) No. 1657**.  As of this date, Plaintiff has not responded to the motion.  Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1]  Moreover,

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response.  Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion."  **LOCAL RULE 7.1(g)**.

1

a Conditional Transfer Order was entered in this case on September 9, 2005, indicating that transfer to the MDL is pending. Thus, the Court **GRANTS** Merck's motion to stay (Doc. 4). The Court **STAYS** this matter pending its transfer to the MDL.

      **IT IS SO ORDERED.**

      Signed this 29th day of September, 2005.

                                               /s/        David RHerndon
                                    **United States District Judge**